**Order entered June 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01620-CR

**ROBERT CHARLES THOMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80385-2012**

## ORDER

The State's June 9, 2014 motion for extension of time to file the State's brief is

**GRANTED**. The State's brief received by the Clerk of the Court on June 9, 2014 is **DEEMED**

timely filed on the date of this order.

/s/     LANA MYERS
         JUSTICE